IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARL TURIENTINE JR., LOLA RHODES, MICHAEL NELSON, DERRICK CALHOUN on Behalf of Themselves and All Others Similarly Situated, ) | Class & Collective Action |
| Plaintiffs, ) | |
| vs. ) | CAUSE NO. 1:25-cv-2516-TWP-KMB |
| BIBBS HAULING, LLC, RICHARD BIBBS B AUSTIN TRUCKING, LLC, and BRETT JONES, ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs, by counsel, hereby request that this Court grant Plaintiffs' Unopposed Motion to File Second Amended Complaint in this matter pursuant to Rule 15, and state as follows:

1. The deadline for the parties to amend the pleadings in this matter was May 20, 2026. *See* (ECF #17).

2. Plaintiffs seek to amend their Amended Complaint to add Lola Rhodes to the class claim and individual claim pursuant to the Wage Payment Statute given that Defendants contend that Ms. Rhodes quit her employment.

3. Attached hereto as Exhibit A is the proposed Second Amended Complaint.

4. Defendants do not object to this Motion.

5. Good cause exists for granting this Motion.

6. Justice requires that this Motion to File Second Amended Complaint be granted.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion to File Second Amended Complaint in this matter.

Respectfully submitted,

WELDY LAW

*/s/Ronald E. Weldy*
Ronald E. Weldy, #22571-49
Class & Collective Action Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via ECF on this 20th day of May, 2026 to the following:

J. Neal Bowling
nbolwing@lewiswagner.com

*/s/Ronald E. Weldy*
Ronald E. Weldy
Weldy Law
11268 Governors Lane
Fishers, IN 46037
Tel: (317) 289-0483
E-mail: rweldy@weldylegal.com